J. COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@jcogburnlaw.com
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
jjt@jcogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 747-6000
Facsimile: (725) 465-8731
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN GIAMMICHELE, an individual; CATHERINE STOLWORTHY, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD MICHAEL MIRANDA, an individual; UNITED STATES OF AMERICA ex rel UNITED STATES POSTAL SERVICE,<br><br>　　　　　　　Defendant. | Case No.: 2:22-cv-2132-GMN-BNW |

### SUBSTITUTION OF COUNSEL FOR PLAINTIFF CATHERINE STOLWORTHY

Plaintiff, Catherine Stolworthy, hereby substitutes Jamie S. Cogburn, Esq. and Joseph J. Troiano, Esq. of J. Cogburn Law, as counsel of record in the above-captioned matter in the place and stead of Cogburn Law.

Dated this 11th day of January, 2023.

_____
Catherine Stolworthy
*Plaintiff*

Page 1 of 3

The signed document can be validated at https://app.vinesign.com/Verify

The undersigned, on behalf of Cogburn Law, hereby consents to the subsitution of J. Cogburn Law as counsel of record for Plaintiff, Catherine Stolworthy, in the above-captioned matter in the place and stead of Cogburn Law.

Dated this 11th day of January, 2023.

COGBURN LAW

By: /s/Jamie S. Cogburn
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074

The undersigned, on behalf of J. Cogburn Law, hereby agrees to be subsituted as counsel of record for Plaintiff, Catherine Stolworthy, in the above-captioned matter in the place and stead of Cogburn Law.

Dated this 11th day of January, 2023.

J. COGBURN LAW

By: /s/Jamie S. Cogburn
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 2:15 pm, January 12, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

*NOTE TO COURT AND ALL INTERESTED PARTIES: This is not a firm name change. Cogburn Law is dissolving and J. Cogburn Law is a new firm formed by Jamie S. Cogburn, Esq. Joining Mr. Cogburn at J. Cogburn Law are Erik W. Fox, Esq., Joseph J. Troiano, Esq., and Hunter S. Davidson, Esq.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **SUBSTITUTION OF COUNSEL FOR PLAINTIFF CATHERINE STOLWORTHY** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 11th day of January, 2023.

☒   I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/*Noel Raleigh*
An employee of J. Cogburn Law